Argued February 24, affirmed March 30, 1972

CHIMENTI, *Respondent, v.* CHIMENTI
(No. D-2855), *Appellant.*

494 P2d 904

*Harry F. Samuels,* Portland, argued the cause for appellant. With him on the briefs were Vergeer, Samuels, Roehr & Sweek, Portland.

*DeMar L. Batchelor,* Hillsboro, argued the cause for respondent. With him on the brief were Schwenn, Bradley, Batchelor & Bailey, Hillsboro.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

This is an appeal from only that portion of a divorce decree which made division of the property between the parties. We have examined the record in our de novo review and conclude that a recitation of the facts of the property division will serve no purpose. It is sufficient to say we cannot disagree with the division made by the trial court.

Affirmed.